Peter S. Muñoz (SBN 66942)
Email: pmunoz@reedsmith.com
John D. Pingel (SBN 267310)
Email: jpingel@reedsmith.com
Tyler M. Layton (SBN 288303)
Email: tlayton@reedsmith.com
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA 94105-3659
Telephone: +1 415 543 8700
Facsimile: +1 415 391 8269

Attorneys for Appelee
SUNTRUST MORTGAGE, INC., its successor and/or assigns

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>CHARLES HENRY UTZMAN and ANNA KATHRYN UTZMAN<br><br>Debtors.<br><br>CHARLES HENRY UTZMAN and ANNA KATHRYN UTZMAN<br><br>Appellants,<br><br>v.<br><br>SUNTRUST MORTGAGE, INC.,<br><br>Appellee. | Case No. 3:15-cv-04299-RS<br><br>Appeal from United States Bankruptcy Court, Northern District of California<br>Case No. 14-31828 HLB<br><br>**APPELLEE'S REQUEST FOR EXTENSION OF TIME TO FILE APPELLEE'S BRIEF AND [~~PROPOSED~~] ORDER**<br><br>Notice of Appeal Filed: September 18, 2015<br><br>Hon. Richard Seeborg |

**APPELLEE'S REQUEST FOR EXTENSION OF TIME TO FILE APPELLEE'S BRIEF**

Appellee Suntrust Mortgage, Inc., its successor and/or assigns ("Appellee"), by and through its undersigned counsel, hereby request a 45-day extension of time to file Appellee's Brief, making the Brief due on Wednesday, January 6, 2016.  Currently, Appellee's Brief is due on or before November 27, 2015.

Appellants Charles Henry Utzman and Anna Kathryn Utzman (collectively "Appellants") noticed the instant Appeal from the United Stated Bankruptcy Court for the Northern District of California on September 18, 2015.  Appellants filed their Opening Brief on November 6, 2015.  Appellee has not previously requested an extension of time to file its Brief.  Counsel for Appellants does not oppose this request.

Dated:  November 12, 2015                REED SMITH LLP

By:  /s/ Peter S. Muñoz
Peter S. Muñoz
Attorney for SUNTRUST MORTGAGE, INC.,
its successor and/or assigns

## **ORDER**

Appellee Suntrust Mortgage, Inc., its successor and/or assigns' ("Appellee") request for a 45-day extension of time to file Appellee's Brief is HEREBY GRANTED. Appellee's Brief shall be filed on or before Wednesday, January 6, 2015.

Dated: 11/13/15

_____
Hon. Richard Seeborg
United States District Court Judge